**HUESTON HENNIGAN LLP**
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Mariah N. Rivera (*pending admission pro hac vice*)
mrivera@hueston.com
Alexander R. Perry (*pending admission pro hac vice*)
aperry@hueston.com
1 Little W 12th Street, 2nd Floor
New York, NY 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898

*Attorneys for Plaintiffs/Movants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Movants,<br>vs.<br><br>BOND CAPITAL MANAGEMENT, LP<br><br>Third Party. | Case No.: 3:26-mc-80304<br><br>[RELATED TO CASE NO. 1:24-CV-11611-FDS PENDING IN THE DISTRICT OF MASSACHUSETTS]<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFFS' MOTION TO COMPEL BOND CAPITAL MANAGEMENT, LP TO PRODUCE DOCUMENTS RESPONSIVE TO RULE 45 SUBPOENA** |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Notice of Motion and Motion to Compel Bond Capital Management, LP to Produce Documents Responsive to Rule 45 Subpoena ("Motion to Compel"). Exhibit 3 to the Declaration of Alexander R. Perry in support of the Motion to Compel refers to material that third parties Institutional Venture Partners and Founder Collective have designated as "Highly Confidential – Attorneys' Eyes Only," as defined in the Amended Confidentiality Stipulation and Protective Order entered in the related case captioned *UMG Recordings, Inc., et al. v. Suno, Inc.*, No. 1:24-cv-11611-FDS, Dkt. No. 180 (the "Protective Order").

| **Plaintiffs' Motion to Compel** | | |
|---|---|---|
| **Document** | **Portion to be Filed Under Seal** | **Basis for Sealing Portion of Document** |
| Exhibit 3 (Excerpts of Transcript of August 26, 2026 Status Conference) | Portion at 21:12-18<br>Portion at 22:12-20<br>Portion at 23:17-24:10 | Refers to material designated by Institutional Venture Partners as "Confidential" |
| Exhibit 3 (Excerpts of Transcript of August 26, 2026 Status Conference) | Portion at 30:23–25 | Refers to material designated by Founder Collective as "Confidential" |

Plaintiffs provisionally file the above-referenced portion of Exhibit 3 under seal subject to any statement and/or declaration Founder Collective files pursuant to Civil Local Rule 79-5(f)(3). Plaintiffs assert no confidentiality of their own over this material and are prepared to file it publicly.

Dated: October 14, 2026

By:__________________________________

Moez M. Kaba
Mariah N. Rivera*
Alexander R. Perry*
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com
mrivera@hueston.com
aperry@hueston.com

Rajan S. Trehan
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rtrehan@hueston.com

Christina V. Rayburn
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Facsimile: (888) 775-0898
crayburn@hueston.com

*Counsel for Plaintiffs/Movants*
**Pending admission pro hac vice*