UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiff,

v.

BOND CAPITAL MANAGEMENT, LP,

Third Party.

Case No. 26-mc-80304-SK

**ORDER REGARDING OBJECTION TO REPLY EVIDENCE**

Regarding Docket No. 22

Before the Court is the objection by third-party Bond Capital Management, LP ("Bond") to the evidence included in the reply in support of their Rule 45 motion to compel filed by Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment's (collectively, "Plaintiffs"). (Dkt. Nos. 18, 22.) The Court DENIES Bond's request for leave to file a sur-reply at this time. If the Court finds additional briefing necessary, the Court will request such briefing from the parties.

**IT IS SO ORDERED**.

Dated: November 18, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California